UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>DOREX CORP.,<br><br>　　　　　　　　　　Defendant. | Index # 07-CIV-11193 (KMK)<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

TO:   Clerk of the United States District Court for the
　　　Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, DOREX CORP., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), and against the Defendant, DOREX CORP., in the sum of $23,871.56 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:   Elmsford, New York
　　　　　March 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Karin Arrospide, Esq. (KA9319)
　　　　　　　　　　　　　　　　　　　　　　　　BARNES, IACCARINO, VIRGINIA,
　　　　　　　　　　　　　　　　　　　　　　　　AMBINDER & SHEPHERD, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　258 Saw Mill River Road
　　　　　　　　　　　　　　　　　　　　　　　　Elmsford, New York 10523
　　　　　　　　　　　　　　　　　　　　　　　　(914) 592-1515