UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health & ) 07 CIV 11193 (KMK)
Welfare, Annuity, Education & Training, S.U.B., )
Industry Advancement and Legal Services Funds and the )
Westchester Teamsters Local Union No. 456, )
)   **ORDER TO SHOW**
)   **CAUSE FOR**
)   **DEFAULT JUDGMENT**
                    Plaintiffs, )
)
        -against- )
)                            USDS SDNY
)                            DOCUMENT
DOREX CORP., )               ELECTRONICALLY FILED
)                            DOC #: _____
)                            DATE FILED: _____
                    Defendant. )

---

KARAS, D.J.:

Upon the annexed supporting affidavit of Karin Arrospide, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

ORDERED, that the defendant show cause at a conference to be held on the _28_ day of _March_, 2008 at _10:15_ o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Karin Arrospide, 258 Saw Mill River Road, Elmsford, NY 10523 by the _19th_ day of _March_, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, Dorex Corp., 592 Route 22, Pawling, NY 12564 by First Class Mail on or before the 12th day of March, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
March 10, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.